DANIEL J. BRODERICK, #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUADALUPE GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>GUADALUPE GUZMAN,<br><br>　　　　　*Defendant.* | NO. 1:09-cr-0379 AWI<br><br>STIPULATION TO CONTINUE HEARING; ORDER<br><br>Date: May 17, 2010<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Ian L. Garriques, Assistant United States Attorney, counsel for Plaintiff, and Charles J. Lee, Assistant Federal Defender, counsel for Defendant Guadalupe Guzman, that **the status conference in the above-referenced matter now set for May 3, 2010, may be continued to May 17, 2010, at 9:00 A.M.**

This continuance is requested by counsel for Defendant Guadalupe Guzman as the parties are in continuing plea negotiations and are close to a resolution. Additionally, counsel for the government is starting a jury trial on today's date. The requested continuance will conserve time and resources for the parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

```
                                          BENJAMIN B. WAGNER
                                          United States Attorney


DATED:  April 26, 2010            By:  /s/  Ian L. Garriques
                                          IAN L. GARRIQUES
                                          Assistant United States Attorney
                                          Attorney for Plaintiff



                                          DANIEL J. BRODERICK
                                          Federal Public Defender


DATED:  April 26, 2010            By:   /s/  Charles J. Lee
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          GUADALUPE GUZMAN
```

**O R D E R**

IT IS SO ORDERED.

**Dated:   April 26, 2010**             /s/ **Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue;
Order                              −2−